IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TERESA WRIGHT**                                                                                              **PLAINTIFF**

**v.**                                                      **3:10CV00209-BRW**

**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Award of Attorney's Fees (Doc. No. 18) pursuant to the Equal Access to Justice Act. Plaintiff asks for attorney's and paralegal fees in the amount of $3,337.90. Defendant does not object to Plaintiff's request.[1] Accordingly, Plaintiff's Motion is GRANTED. Plaintiff is awarded fees in the amount of $3,337.90.

IT IS SO ORDERED this 5th day of December, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 19.